# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEFFREY SCOTT ADAMS,
ADC #129041                                                                                         PLAINTIFF

V.                                    CASE NO. 5:15-CV-287-JLH-BD

RODNEY SMILEY                                                                                       DEFENDANT

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Adams's timely objections and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Smiley's motion for summary judgment (docket entry #18) is GRANTED. Adams's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE